# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUEMIN YU, an individual, | Case No. 2:19-cv-01392-JCM-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Defendant. | |

Presently before the court is Plaintiff's counsel's motion to withdraw as attorney for plaintiff (ECF No. 15), filed on January 23, 2020. Defendant filed a non-opposition to this motion on January 27, 2020. (ECF No. 19.) Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw.

Plaintiff must file a notice advising the court whether she will represent herself or proceed pro se by March 6, 2020. Plaintiff is advised that unless and until she retains a new attorney, she is responsible for all deadlines in this case. Plaintiff is further advised that if she or any new counsel she retains intends to seek an extension of the deadlines set forth in ECF No. 20, a motion or stipulation must be filed by March 6, 2020.

IT IS THEREFORE ORDERED that Motion to Withdraw as Counsel (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED Steven M. Rogers of Hicks & Brasier, PLLC must serve a copy of this order on Plaintiff and must file proof of that service by February 10, 2020.

IT IS FURTHER ORDERED that on or before March 6, 2020, Plaintiff must file a written notice stating whether she intends to represent herself in this case. This requirement will be

automatically vacated if a new attorney enters an appearance on behalf of Plaintiff by March 6, 2020.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Plaintiff's last known address as follows:

Suemin Yu
8317 Swan Lake Ave.
Las Vegas, NV 89128

DATED: February 4, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE